IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HEATHER KIMES,

    Plaintiff,               No. CIV S-03-2410 LKK JFM

   vs.

AMERICAN RIVER COLLEGE, et al.,

    Defendants.            ORDER

_____/

      Each of the parties in the above-captioned case has consented to the jurisdiction of Magistrate Judge John F. Moulds.  See 28 U.S.C. § 636(c).

      The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

      IT IS ORDERED that any hearing dates currently set before the undersigned are vacated.

DATED:  April 26, 2005.

                                              /s/Lawrence K. Karlton
                                              U.S. DISTRICT COURT JUDGE

/////

1

1  I am the magistrate judge currently assigned to this case. I accept reference of this
2  case for all further proceedings, including trial and entry of final judgment, by myself or such
3  other magistrate judge as may be assigned.
4  IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to the
5  Honorable John F. Moulds. HENCEFORTH, THE CAPTION ON DOCUMENTS FILED IN
6  THE REASSIGNED CASE SHALL BE SHOWN AS CIV. NO. S-03-2410 JFM.
7  DATED: April 21, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

kimes.rea